NVB 5075 (Rev. 4/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                                BK−23−01089−mkn
                                                         CHAPTER 0

                              Debtor(s)                      NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **7** − Answer to Counterclaim (Related Doc # 6), Amended Counterclaim by TRACY LEE HURST−CASTL against TRACY LEE HURST−CASTL Filed by STEVEN L. YARMY on behalf of TRACY LEE HURST−CASTL (YARMY, STEVEN) |
| Filed On: | 6/28/23 |
| With A Hearing Date Of: | n/a |
| And A Hearing Time Of: | n/a |

The reason(s) for the required correction(s) is as follows:

    \*     PDF is an incorrect image per the event selected, which is not contained in the title. Please file an amended pleading or file it in the correct case immediately.

Dated: 6/29/23

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**